IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSHUA M. SCOTT, Trustee
of the Winona Road Trust
u/t/d July 24, 2020,

    Plaintiff,

v.

MCI COMMUNICATION SERVICES,
IN., a Delaware corporation,
dba VERIZON BUSINESS SERVICES,

    Defendant.

Case No. 1:20-cv-01626-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 32), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 32) is adopted in full. Plaintiff's Motion for Partial Summary Judgment (ECF No. 14) is DENIED.

1 – ORDER

IT IS SO ORDERED.

DATED this 2nd day of July, 2021.

    s/Michael J. McShane
    Michael McShane
    United States District Judge